# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
Northern _____ DIVISON



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 26 2014
ARTHUR JOHNSTON
BY_____ DEPUTY

| | |
|---|---|
| PATRICK L. KING & CATHY KING | PLAINTIFF |
| VS. | CIVIL ACTION NO. 3:14cv157 DPJ-FKB |
| STATE OF MISSISSIPPI, COPIAH COUNTY, CITY OF HAZLEHURST, RIAA, JAMES DUFF INVESTIGATIONS LLC, CHANNEL 12 WJTV, CHANNEL 3 - FOX 40 WLBT, CLARION LEDGER | DEFENDANT (S) |

## COMPLAINT

COMES NOW, plaintiff, Patrick L. King & Cathy King, pro se, and for cause of action against the defendant(s), State of Mississippi, Copiah County, City Of Hazlehurst, Recording Industry Association of America, James Duff Investigations LLC., Channel 12 WJTV, Channel 3 & Fox 40, Clarion Ledger would state :

## JURISDICTION

LIBEL SLANDER, CONSPIRACY, ILLEGAL SEARCH & SEIZURE OF PROPERTY, OUT OF CLEAR JURISDICTION OF LAW, TAMPERING, FALSIFYING EVIDENCE AND DOCUMENTS, ILLEGAL SENTENCE, MALICIOUS PROSECUTION, WRONGFUL CONVICTION, & VIOLATION OF CIVIL RIGHTS.

### I.

Plaintiff is an adult resident citizen of the County of <u>Copiah</u>, State of Mississippi.

The defendant <u>State</u> is an adult resident citizen of the County of <u>Hinds</u>,

State of <u>Mississippi</u>.

## FACTS

Statute 97-23-89 section 2 a or b is no law and its not the same statute of the 1992 97-23-89 section 2 the law was created in 1992 AHRA ( audio home recording act ) also in the statute 97-23- 87 statute of 1992 has cross references and annotations on how these laws apply but the State of Mississippi Legislature has taken them out to interpret the law how they want to ( misinterpreting the laws Congress has already enacted ). Statute 97-21-101 trade mark and recording violations; seizure and forfeiture of property; civil proceedings; limitations is the same language as the RICO ACT 97-43-9 statute I have also included an evidence sheet along with the exhibits, news articles, and video from the news stations

## RELIEF

I'm seeking <u>$60,000,000.00</u> & a <u>$1,000,000.00</u> for my property being destroyed, my record expunged and a public apology on world news and local news. My life as a professional cleaner and my wife vending food service has been destroyed over this.

Respectfully submitted, this the 26 day of Feb., 20 14.

*Patrick J. King   Cathy S King*
Plaintiff

Patrick L. King & Cathy S. King
207 Carlisle St.
Hazlehurst, Ms. 39083
662-998-1507