involving me. Evidence sheet enclosed.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 27 2014
BY_____ ARTHUR JOHNSTON
DEPUTY

### RELIEF

I'm seeking $60,0000,000.00 & a $1,000,000.00 for my property being destroyed, my record
expunged and a public apology on world news and local news. My life as a professional cleaner
and my wife vending food service has been destroyed over this.

Respectfully submitted, this the 27 day of Feb., 2014.

Patrick S. King, Cathy S. King
/Plaintiff

Patrick L. King & Cathy S. King
207 Carlisle St.
Hazlehurst, Ms. 39083
Phone # 662-998-1507

# AMENDED COMPLAINT

# JURISDICTION

LIBEL SLANDER, CONSPIRACY, ILLEGAL SEARCH & SEIZURE OF PROPERTY, OUT OF CLEAR JURISDICTION OF LAW, TAMPERING, FALSIFYING EVIDENCE AND DOCUMENTS, ILLEGAL SENTENCE, MALICIOUS PROSECUTION, WRONGFUL CONVICTION, & VIOLATION OF CIVIL RIGHTS.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 27 2014
ARTHUR JOHNSTON
_____ DEPUTY

## I.

Plaintiff is an adult resident citizen of the County of Copiah, State of Mississippi.

The defendant State is an adult resident citizen of the County of Hinds,

State of Mississippi.

## FACTS

Statute 97-23-89 section 2 a or b is no law and its not the same statute of the 1992 97-23-89 section 2 the law was created in 1992 AHRA ( audio home recording act ) also in the statute 97-23- 87 statute of 1992 has cross references and annotations on how these laws apply but the State of Mississippi Legislature has taken them out to interpret the law how they want to ( misinterpreting the laws Congress has already enacted ). Statute 97-21-101 trade mark and recording violations; seizure and forfeiture of property; civil proceedings; limitations is the same language as the RICO ACT 97-43-9 statute I have also included an evidence sheet along with the exhibits, news articles, and video from the news stations

## I.

Plaintiff is an adult resident citizen of the County of Copiah, State of Mississippi.

The defendant Copiah County is an adult resident citizen of the County of Copiah,

State of Mississippi.

## FACTS

Copiah County Sheriff Department process server claimed to have tried to deliver me tax papers on 3-14-2012 when it was Sgt. Bonnie Ross of the City of Hazlehurst who delivered the tax paper to my business on 3-14-2012. This paper with the process server I picked up from Hazlehurst City Hall and signed for it. I have included a evidence sheet along with a dvd to show where the conspiracy started with the Hazlehurst Police Department and the Copiah County Sheriff Department. On the day of the raid April 13, 2012 Sheriff Harold Jones, Chief of Police Byron Swilley, and former municipal court judge James Shannon suppose to went out of town on a

motor bike ride to act like they didn't no what was going on.

## I.

Plaintiff is an adult resident citizen of the County of Copiah, State of Mississippi.

The defendant City of Hazlehurst is an adult resident citizen of the County of Copiah,

State of Mississippi.

## FACTS

The Hazlehurst Police Department and City of Hazlehurst fabricated paperwork and the Police Department said I was arrested on March 27, 2012 and thats not true I have enclosed a receipt where I was picking up my son at his school in Pearl Ms.. The City of Hazlehurst also entrap me into this charge and also to retaliate against me filing a suit against the City in 2006 I have included a evidence sheet to show all the misconduct they did and tried to cover up their wrong doing with the help of the Attorney Generals Office of Mississippi.

## I.

Plaintiff is an adult resident citizen of the County of Copiah, State of Mississippi.

The defendant Recording Industry Association of America (RIAA), is an adult resident of the

County of Washington, State of Washington DC.

## FACTS

In the RIAA impact statement about me being arrested on March 27, 2012 by the Hazlehurst Police Department is not true and a 160 counterfeit cd's in my possession is not true it's no arrest record or bond never being posted I have included the receipt where I was picking up my son at school in Pearl Ms. On the arrest of April 13, 2012 their where no 1,404 counterfeit cd's confiscated bearing member company music only 300 mixtapes the same mixtapes that is currently being sold in convenience stores not pressed but burned and available on line for free. I wasn't involved in no IP theft, computers didn't have no downloaded content on them, their was no 5 cd/dvd towers with 15 trays each neither only fabricated evidence from the Attorney General Office and James Duff, the 7.62 caliber rifle and 40 caliber hand gun was registered, owned by my wife Cathy S. King and she is no felon. I was about to get extorted out of $72,413.90 which their was no 10,510 pirated cd's at my residence only my collection of cd's and dvd's I purchased from stores. Also I have enclosed a evidence sheet to support my facts.

I.

Plaintiff is an adult citizen of the County of Copiah, State of Mississippi.

The defendant James Duff Investigations LLC is an adult resident of the County of _____,

State of Alabama.

FACTS

James H. Duff is a independent private investigator company an according to his declaration on the dvd's he can't file no complaint because statute 97-23-91 the statute clearly states owner, or lawful producer, 97-23-89 applies only to audio recordings which in his declaration of the dvd's James Duff do no where these companies do have to file in. A disc is not a countrfeit according to the ALR annotations, research,  practice references, and cross references of statute 97-21-53, 97-21-55, & 97-21-57 of 1992 it gives clear reference to the statutes, but according to House Bill No. 874 of the Legislature amendment process all the ALR annotations, research and practice reference, and cross references has been taken out. The mixtape James Duff explains in the RIAA statement about the mixtape being hand written not true because in their purchase buy of investigator Angie Williams of the AGO Office it shows different. James Duff was also on the raid with the investigators fabricating property they took from my home. Also in 2010 of Nov. I remember James Duff coming to my shop saying Jerry Spell sent him because he knew I was cool ( Jerry Spell works with the ag office now he use to work for Copiah County Sheriff Department he was friends with Jason Powell former Hazlehurst Police Officer who assaulted me in 2006 Byron Swilley was the Assistant Chief of Police then. If I was in violation of a statute why I was not informed by James Duff or sent a letter from the companies he represent a desist order explaining what is prohibited and also by the Attorney Generals Office policy and procedure of the consumer protection laws of the State of Mississippi. Why I was entrapped by them and lured and put on television like some terrorist 2 years later, evidence sheet enclosed.

I.

Plaintiff is an adult resident citizen of the County of Copiah, State of Mississippi.

The defendant Channel 12 WJTV is an adult resident citizen of the County of Hinds,

State of Mississippi.

FACTS

On April 13, 2012 when I was arrested and the information was aired on the news my property that was showed was not counterfeit, that property was taken from my house that was showed to fabricate evidence that was taken, none of that property was from the ice house. The weapons that was showed belonged to my wife Cathy S. King. The news helped the Attorney Generals Office and the Hazlehurst Police Department ruin my chance of a fair trial. Also when I was

sentenced they aired I was found guilty of cd and dvd piracy, and in the light of things nothing was even aired about what I was charged with nothing but false allegations made about my conduct being organize crime as stated on some of the news stations mention by Attorney General Jim Hood.

I.

Plaintiff is an adult resident citizen of the County of <u>Copiah</u>, State of <u>Mississippi</u>.

The defendant <u>Channel 3 WLBT & Fox 40</u> is an adult resident citizen of the County of <u>Hinds</u>,

State of <u>Mississippi</u>.

FACTS

On April 13, 2012 when I was arrested and the information was aired on the news my property that was showed was not counterfeit, that property was taken from my house that was showed to fabricate evidence that was taken, none of that property was from the ice house. The weapons that was showed belonged to my wife Cathy S. King. The news helped the Attorney Generals Office and the Hazlehurst Police Department ruin my chance of a fair trial. Also when I was sentenced they aired I was found guilty of cd and dvd piracy, and in the light of things nothing was even aired about what I was charged with nothing but false allegations made about my conduct being organize crime as stated on some of the news stations mention by Attorney General Jim Hood.

I.

Plaintiff is an adult resident citizen of the County of <u>Copiah</u>, State of Mississippi.

The defendant <u>Clarion Ledger</u> is an adult resident citizen of the County of <u>Hinds</u>,

State of <u>Mississippi</u>.

FACTS

In the Clarion Ledger paper on April 24, 2012 the statement the agent said about me showing the real boxed item and then would sell the counterfeit dvd not true, my original dvd's was taken from house so how could they be at the shop? It also states that I was charged with countrfeiting I was not, on Nov. 10, 2012 was published about me being convicted in 2003 cd piracy I wasn't the State charged me with fraud a different statute which they are still saying it was a felony and in the April 24, 2012 paper Attorney General Jim Hood said it was a misdemeanor. Brad Buckles also made the comment about individuals ( me ) engaging in these are frequently serial crminals for whom IP theft is simply the most convenient and profitable way they could steal form others, not true they have not proven I stole anything, also this article have been pasted with an article to insinuate that the US Attorney General Eric Holder had something to do with this matter

JS 44
(Rev. 3/99)

*Amended*

# CIVIL COVER SHEET

3:14cv157 OPJ-FKB

The JS–44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as require by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the us of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Patrick L. King
Cathy S. King

**FILED**
FEB 26 2014
ARTHUR JOHNSTON
BY _____ DEPUTY

**DEFENDANTS**
STATE

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _Copiah_
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTI
AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DE |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☒ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☒ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury — Med. Malpractice<br>☐ 365 Personal Injury — Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☒ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** / **SOCIAL SECURITY** | ☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence<br>**HABEAS CORPUS:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS — Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determinatio Under Equal Access to Just<br>☒ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to Distr Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Title 18, U.S.C., Section 241   Title 42, U.S.C., Section 14141
Title 18, U.S.C., Section 242

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint
JURY DEMAND:   ☐ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD
*Patrick L. King   Cathy S. King*

**FOR OFFICE USE ONLY**

RECEIPT # 346430026040   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____